379 A.2d 586

Commonwealth v. Finks, Appellant.

Submitted September 13, 1976. Mike Bolno, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.